In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-045 CV


____________________



DAVID ALEVY AND DAVID'S CADILLAC & GM SPECIALIST, Appellants 



V.



GREG TURNER AND ELIZABETH TURNER, Appellees






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 106684






MEMORANDUM OPINION


 

 The appellees, Greg Turner and Elizabeth Turner, filed a concession of error and join
the appellants' prayer to reverse the trial court's judgment and remand the case to the trial
court. Reversal and remand is the only relief sought in the brief filed by appellants David
Alevy and David's Cadillac & GM Specialist. Accordingly, we submit the appeal on the
appellants' brief and the joinder of the appellees to the appellants' request for a remand. We
reverse the judgment and remand the case to the trial court.

 REVERSED AND REMANDED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered May 1, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.